JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MARTINEZ DIAZ, | NO. ED CV 13-701-GAF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| HEIDI M. LACKNER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 18, 2013.

*/s/ Gary Feess*

JS-6

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE